DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CENTURY AMBULANCE SERVICE, INC.,**
a Florida Profit Corporation, and
**RUBEN KEITH FOX,**
Appellants,

v.

**LUIS LEAL,**
Appellee.

No. 4D22-563

[December 8, 2022]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE19-003442 (04).

Alyssa M. Reiter of Wicker Smith O'Hara McCoy & Ford, P.A., Fort Lauderdale, for appellants.

Jesse B. Soffer of The Soffer Firm, PLLC, Miami, John. F. Romano of Romano Law Group, West Palm Beach, and Jeffrey V. Mansell of Burlington & Rockenbach, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***